UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

ANDREA M. DAWSON,

    Plaintiff,

    v.                      Case No. 15-C-76

S. JONES, et al.,

    Defendants.

## ORDER

On January 21, 2015, Plaintiff Andrea M. Dawson filed this 42 U.S.C. § 1983 action against Defendants, alleging that they violated her civil rights while she was housed at the Milwaukee County Jail. The action was dismissed for lack of prosecution on February 17, 2017. Dkt. No. 50. Plaintiff moved to reopen the case on April 13, 2018, and the court denied the motion on April 23, 2018. Dkt. No. 53. Plaintiff has now filed a motion to waive fees, a motion for discovery, and a motion to appoint counsel.

In Plaintiff's motion to waive court costs, attorneys' fees, and filing fees, Plaintiff requests that the remainder of the filing fee be paid from the settlement agreement reached in this case. Alternatively, she asks that her filing fee be waived. The Prison Litigation Reform Act requires all prisoners who proceed under the federal *in forma pauperis* statute to pay "the full amount of the filing fee" by installment whenever funds are available. 28 U.S.C. § 1915(b)(1). No settlement was reached in this action. As a result, the entire $350.00 filing fee for this action is statutorily required and must be collected from Plaintiff's institutional trust account. Therefore, Plaintiff's request to waive the filing fee is denied. In addition, Plaintiff's request to waive court costs and

attorneys' fees is denied as moot, as no court costs or attorneys' fees have been assessed against her.

Plaintiff has also filed motions for discovery and to appoint counsel. Because this case was closed in 2017, these motions are inappropriate and must be denied.

**IT IS THEREFORE ORDERED** that Plaintiff's motions to waive court costs, attorneys' fees, and filing fees (Dkt. No. 57), motion for discovery (Dkt. No. 58), and motion to appoint counsel (Dkt. No. 59) are **DENIED**.

Dated at Green Bay, Wisconsin this 23rd day of December, 2020.

s/ William C. Griesbach
William C. Griesbach
United States District Judge